Filed 2-21-17
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ENRIQUE GARCIA and MARIA GARCIA, | § § § § § | EP-16-CV-00312 |
| Plaintiffs, | | |
| & | | |
| MARIA GUTIERREZ and JOSE GUTIERREZ, | § § § § | EP-16-CV-00316 |
| Plaintiffs, | | |
| & | | |
| HECTOR HERNANDEZ and REBECCA HERNANDEZ | § § § § | EP-16-CV-00317 |
| Plaintiffs, | | |
| & | | |
| MIGUEL HERNANDEZ and LETICIA HERNANDEZ | § § § § | EP-16-CV-00319 |
| Plaintiffs, | | |
| & | | |
| MANUEL AVALOS | § § § § | EP-16-CV-00320 |
| Plaintiff, | | |
| & | | |
| ROGELIO NAVARRO & OLIVIA NAVARRO | § § § § | EP-16-CV-00323 |
| Plaintiffs, | | |
| & | | |

| | | |
|---|---|---|
| **ROBERTO RAMIREZ** | § § § | EP-16-CV-00325 |
| Plaintiff, | § § | |
| & | § | |
| **ROSA MARIA FLORES** | § § § | EP-16-CV-00327 |
| Plaintiff, | § § | |
| & | § § | |
| **NORBERTO SANDOVAL** | § § | EP-16-CV-00329 |
| Plaintiff, | § § § | |
| & | § § | |
| **MARIA VARGAS** | § § | EP-16-CV-00333 |
| Plaintiff, | § § § | |
| & | § § | |
| **JUAN M. DE LA TORRE** | § § | EP-16-CV-00339 |
| Plaintiff, | § § § | |
| & | § § | |
| **PEDRO MALDONADO and ALMA MALDONADO** | § § § | EP-16-CV-00342 |
| Plaintiffs, | § § § | |
| & | § § | |
| **DANIEL SAENZ and ELVA SAENZ** | § § | EP-16-CV-00343 |
| Plaintiffs, | § § § | |
| & | § | |

| | | |
|---|---|---|
| **ANTONIO JUAREZ and CARMEN JUAREZ** | § § § | EP-16-CV-00344 |
| Plaintiffs, | § § | |
| & | § § | |
| **BENITO SARABIA** | § § | EP-16-CV-00347 |
| Plaintiff, | § § | |
| & | § § | |
| **ISIDRO OLIVAS and SOLEDAD OLIVAS** | § § | EP-16-CV-00360 |
| Plaintiffs, | § § | |
| & | § § | |
| **HUGO VASQUEZ** | § § | EP-16-CV-00363 |
| Plaintiff, | § § | |
| & | § § | |
| **JUAN CORTES** | § § | EP-16-CV-00377 |
| Plaintiff, | § § | |
| & | § § | |
| **YOLANDA CHAVEZ** | § § | EP-16-CV-00388 |
| Plaintiff, | § § | |
| & | § § | |
| **CESAR CONTRERAS and GRACIELA CONTRERAS** | § § | EP-16-CV-00395 |
| Plaintiffs, | § § | |
| v. | § § | |
| **ALLSTATE TEXAS LLOYD'S,** | § § | |
| Defendant. | § | |

## **ORDER**

On this day, the court considered the status of the above-captioned causes. Pursuant to counsel's discussion with the court via conference call on February 17, 2017, the court enters the following orders:

1. The parties are **ORDERED** to file dismissal documents by **February 24, 2017** for all cases that are being voluntarily dismissed or have settled.

2. Plaintiffs' counsel is **INSTRUCTED** to identify five of the remaining cases in which he is ready to proceed with the plaintiffs' depositions. Depositions of the plaintiffs in those cases must take place by **March 20, 2017.**

3. **IT IS HEREBY ORDERED** that there will be a conference call between the parties and the court in the above-captioned cause on **April 11, 2017 at 10:30 a.m MST**. The parties are instructed to inform Rachel Nadas, law clerk, how the court should join the call.

**SO ORDERED.**

**SIGNED** this **21st** day of **February, 2017.**

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE