# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| YOLANDA CHAVEZ, | § § § | |
| PLAINTIFF, | § § | |
| VS. | § § | CIVIL ACTION NO. 3:16-CV-388-FM |
| ALLSTATE TEXAS LLOYDS, | § § § | |
| DEFENDANT, | § | |

_____

## STIPULATION OF DISMISSAL
_____

TO THE HONORABLE JUDGE OF SAID COURT:

Come Now Defendant Allstate Texas Lloyds and Plaintiff Yolanda Chavez and file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)((A)(ii), and in support thereof would respectfully show unto the court the following:

I.

The above named Defendant and Plaintiff, by and through her attorneys of record, hereby respectfully inform the Court that the parties have agreed and hereby stipulate that all causes of action brought in the above entitled case against Defendant Allstate Texas Lloyds by Plaintiff, and any all claims for affirmative relief, if any, by said Defendant Allstate Texas Lloyds against Plaintiff herein be dismissed with prejudice to the rights of either party to refile same.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Allstate Texas Lloyds and Plaintiff Yolanda Chavez, respectfully request this Court enter an order dismissing the above numbered and entitled cause with prejudice, with all attorney fees and court cost to be taxed against the party incurring same, for which let execution issue if not timely paid.

Respectfully submitted,

**MOORE LAW FIRM**
4900 North 10th Street, Suite F-3
McAllen, Texas  78504
Tel. (956) 631- 0745
Fax (888) 266-0971

By: /s/ J. Michael Moore
**J. Michael Moore**
Texas Bar No. 14349550
Federal Bar No. 16942
Email: Lit-Docket@moore-firm.com

*ATTORNEY-IN-CHARGE FOR PLAINTIFFS*

**KEMP SMITH, LLP**
221 N. Kansas, Suite 1700
El Paso, Texas 79901
(915) 533-4424
Fax: (915) 546-5360

By: */s/ Sean White*
Sean Carroll White
Email: swhite@kempsmith.com

And,

**THOMPSON, COE, COUSINS & IRONS**
700 N. Pearl Street - 25th Floor
Dallas, Texas 75201-2832
(214) 871-8200
Fax: (214) 871-8209

By: */s/ Roger Higgins*
Roger Higgins
Email: rhiggins@thompsoncoe.com
Vanessa A. Rosa
Email: vrosa@thompsoncoe.com
Brandt Johnson
Email: BRJohnson@thompsoncoe.com

*ATTORNEYS FOR ALLSTATE TEXAS LLOYDS*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.3, Counsel for the following party or parties were served via the Court's ECF System with a true and correct copy of this Stipulation of Dismissal and Proposed Order of Dismissal on this the 24th Day of February, 2017.

Sean Carroll White
Kemp Smith, LLP
221 N. Kansas, Suite 1700
El Paso, Texas 79901
(915) 533-4424
Fax: (915) 546-5360
Email: swhite@kempsmith.com

Vanessa A. Rosa
Thompson, Coe, Cousins & Irons, L.L.P.
700 N. Pearl St. - 25th Floor
Dallas, Texas 75201
(214) 871-8294
Fax: (214) 871-8209
Email: vrosa@thompsoncoe.com

Roger Higgins
Thompson, Coe, Cousins & Irons
700 N. Pearl Street - 25th Floor
Dallas, Texas 75201-2832
(214) 871-8200
Fax: (214) 871-8209
Email: rhiggins@thompsoncoe.com

Brandt Johnson
Thompson, Coe, Cousins & Irons
700 N. Pearl Street - 25th Floor
Dallas, Texas 75201-2832
(214) 871-8200
Fax: (214) 871-8209
Email: BRJohnson@thompsoncoe.com

Dated: February 24, 2017.

                                                 /s/ *J. Michael Moore*
                                                 J. Michael Moore