IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| YOLANDA CHAVEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-16-CV-388-FM |
| | § | |
| ALLSTATE TEXAS LLOYDS, | § | |
| | § | |
| Defendant. | § | |

### ORDER ENTERING STIPULATION OF DISMISSAL

On this day, the court considered the parties' "Stipulation of Dismissal" ("Stipulation") [ECF No. 27], filed February 24, 2017. Both parties' attorneys have signed the Stipulation, thereby demonstrating their consent to dismissal of this cause with prejudice. Furthermore, the parties agree they will bear their own attorneys' fees and costs. Accordingly, the court enters the following orders:

1. The court **ENTERS** the parties' "Stipulation of Dismissal" [ECF No. 27].

2. The court **DISMISSES** the above-captioned cause **WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3. All parties **SHALL** bear their own attorneys' fees and costs.

4. All pending motions in this cause, if any, are **DENIED AS MOOT**.

5. The court **INSTRUCTS** the Clerk of the Court to **CLOSE** the case.

**SO ORDERED**.

**SIGNED** this **1st** day of **March, 2017.**

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE